UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW ABDOLMOHAMMADYION, <br><br> Defendant. | Case No.: CR 00-852(F)-CAS <br><br> [~~PROPOSED~~] ORDER TO CONTINUE PROBATION VIOLATION HEARING |

GOOD CAUSE APPEARING FROM THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED:

That the probation violation hearing date for Defendant MATTHEW ABDOLMOHAMMADYION shall be currently set for September 15, 2008, shall be continued to October 6, 2008, at 1:30pm.

IT IS SO ORDERED.

Dated: 9/18/08

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge